## Monserrate, Recurrente, *v.* El Registrador de Guayama, Recurrido.

Recurso gubernativo contra nota del Registrador de la Propiedad de Guayama denegando la inscripción de una escritura de hipoteca.

No. 562.—Resuelto en marzo 19, 1923.

Recursos Gubernativos—Notificación al Interesado, de la Negativa del Registrador.—El plazo de dos días a que se refiere la sección 2 de la Ley sobre recursos contra las resoluciones de los registradores, de marzo 1, 1902, comienza a correr a partir de la fecha en que el registrador, cumpliendo la sección 1 de dicha ley, notifica su negativa al interesado.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. M. Marcos Morales.*

El registrador recurrido no compareció.

El Juez Presidente Sr. del Toro, emitió la opinión del tribunal.

Presentada en el Registro de la Propiedad de Guayama la escritura de hipoteca No. 181 otorgada por Eudosio Torres a favor de Hipólito Monserrate y Febo, el registrador se negó a inscribirla por nota de febrero 12, 1923, y elevó el documento y la nota a este Tribunal.

Así las cosas, compareció Hipólito Monserrate y Febo y alegó que la negativa del registrador no le fué notificada y que siendo ello así, el registrador no debió haber elevado el documento a la Corte Suprema, no existiendo por tanto recurso alguno debidamente interpuesto para ante este Tribunal.

Figura en el expediente una comunicación del registrador remitiendo entre otros el documento de que venimos ocupándonos, que comienza así:

"Por no haberse presentado en esta oficina del Registro de la Propiedad de Guayama ninguno de los interesados a recoger los documentos presentados y los cuales han sido denegados según consta de la nota puesta al calce de los mismos, tengo el honor de remitir

a su señoría dichos documentos bajo pliego certificado y son los siguientes:''   Y termina:

''Cuyos documentos tengo el gusto de remitirle a los efectos dispuestos en la sección segunda de la ley de primero de marzo de mil novecientos dos, sobre recursos contra· las resoluciones de los registradores de la propiedad.''

La sección 2 de la ley sobre recursos contra resoluciones de los registradores de la propiedad de 1 de marzo de 1902, invocada por el registrador, en lo pertinente, dice:

''Sección 2.—Si éste, dentro del segundo día no recogiere el documento, el registrador lo enviará por el correo más próximo al Tribunal Supremo.   *   *   *   ''

Pero el registrador prescindió de lo dispuesto en la sección primera de la misma ley que dice que ''Cuando el registrador deniegue o suspenda alguna inscripción, anotación o cancelación, expondrá al pie del documento, clara y concisamente, los motivos legales de su negativa y *de ella notificará al interesado, quien firmará la notificación.*''   Las itálicas son nuestras.

El plazo de dos días a que se refiere la sección dos comienza a correr a partir de la notificación a que ·se refiere la sección primera.

Es, pues, claro que no existe ante esta Corte recurso alguno debidamente interpuesto o planteado, debiendo devolverse el documento al registrador para que dé cumplimiento a lo ordenado en la sección primera de la referida ley de 1 de marzo de 1902.

> *Ordenada la devolución del documento al registrador.*

Jueces concurrentes:   Sres. Asociados Wolf, Aldrey, Hutchison y Franco Soto.